1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL MURPHY,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>G. MATTESON, Warden,<br><br>　　　　　　Respondent. | Case No. CV 22-02092 JWH (RAO)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, and the Magistrate Judge's Report and Recommendation (the "Report"). The time for filing objections to the Report has passed, and no objections have been received. The Court hereby **ACCEPTS** and **ADOPTS** the findings, conclusions, and recommendations of the Magistrate Judge.

It is hereby **ORDERED** as follows:

1. The Petition is **DENIED**.
2. Judgment shall be entered **DISMISSING** this action **with prejudice**.

**IT IS SO ORDERED.**

DATED: January 30, 2023

JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE