JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MURPHY, | Case No. CV 22-02092 JWH (RAO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| G. MATTESON, Warden, | |
| Respondent. | |

JS-6

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the Petition is **DENIED** and that this action is **DISMISSED with prejudice**.

**IT IS SO ORDERED.**

DATED: January 30, 2023

JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE

2